UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 19-211 (JRT/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Buster Travoire Gaston (1), | |
| Defendant. | |

Allen A. Slaughter, Jr., Esq., and Lauren Olivia Roso, Esq., Assistant United States Attorneys, counsel for Plaintiff.

Rory Patrick Durkin, Esq., Giancola-Durkin, PA, counsel for Defendant.

This matter is before the Court on Defendant's First Motion to Request Christmas Day Pass, which was filed on December 23, 2020. (Doc. No. 156.) The Court is sympathetic to Defendant's wish to spend Christmas Day with his family; however, the Court has conferred with Pretrial Services and understands that at this time, due to restrictions relating to the COVID-19 pandemic, Eden House will not permit Defendant to leave on a day pass and return to the facility.[1] Therefore, **IT IS HEREBY ORDERED** that Defendant's First Motion to Request Christmas Day Pass (Doc. No. 156) is **DENIED**.

---

[1] If Eden House permits day passes in the future, consideration of a request for a day pass will require further assessment of Defendant's risk of flight and the danger posed to any other person or the community.

Date:  December 23, 2020                                     *s/ Becky R. Thorson*
                                                             BECKY R. THORSON
                                                             United States Magistrate Judge